COIN MACHINE ACCEPTANCE CORPORATION, PLAINTIFF, v. SAM PILLMAN, DEFENDANT.

(Filed 19 March, 1952.)

APPEAL by defendant from *Halstead, Special Judge,* October Term, 1951, of HERTFORD.

*Jones & Jones and John R. Jenkins, Jr., for defendant, appellant.*
*Joseph D. Blythe, W. D. Boone, and Stuart A. Curtis for plaintiff, appellee.*

PER CURIAM. This is an action instituted by the plaintiff to recover of the defendant the sum of $10,449.32 with interest from 13 March, 1948, until paid.

The claim is based upon a conditional sales contract executed by the defendant to the Pioneer Distributing Company and assigned to the plaintiff, presenting a factual situation similar to that set forth in *Acceptance Corp. v. Pillman, ante,* 295. This appeal involves the same legal questions presented and disposed of in that case. For the reasons stated therein, the defendant will be granted a new trial in this action.

New trial.